Scott Martzloff et al., Individually and as Parents and Natural Guardians of Victoria Martzloff, an Infant, Appellants, v Rush-Henrietta Central School District, Respondent.

Submitted March 28, 2011; decided May 3, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

NY SMS Waterproofing, Inc., Respondent, v Congregation Machne Chaim, Inc., Appellant.

Submitted March 21, 2011; decided May 3, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of the Claim of Gerard O'Connor, Appellant, v New York City Board of Education, Respondent. Workers' Compensation Board, Respondent.

Submitted March 7, 2011; decided May 3, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.